# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY G. SWEET,<br><br>    Plaintiff,<br><br>v.<br><br>TRANSAMERICA LIFE INSURANCE COMPANY,<br><br>    Defendant.<br><br>TRANSAMERICA LIFE INSURANCE COMPANY,<br><br>    Counterclaimant,<br><br>v.<br><br>GREGORY G. SWEET,<br><br>    Counterdefendant. | Case No. 2:10-cv-1383-LDG (RJJ)<br><br>**ORDER** |

For good cause shown,

THE COURT **ORDERS** that Defendant and Counterclaimant Transamerica Life Insurance Company's Motion to Interplead Funds (#16) is GRANTED;

THE COURT FURTHER **ORDERS** that Defendant and Counterclaimant Transamerica Life Insurance Company may deposit with the Clerk of the Court, there to remain until the conclusion of this action, funds totaling nine hundred fifty-nine thousand five hundred thirty-six dollars and forty-nine cents ($959,536.49), which amount represents the value of the Annuity purchased by decedent G. G. Sweet, Certificate No. TAR0002883, as of the date of decedent's death, plus applicable interest through the date of the filing of the Counterclaim in Interpleader.

DATED this 20 day of January, 2011.

_____
Lloyd D. George
United States District Judge

2