1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

8

## DISTRICT OF NEVADA

9
10 GREGORY G. SWEET,

11      Plaintiff,                         Case No. 2:10-cv-1383-LDG (RJJ)

12 v.                                    **ORDER**

13 TRANSAMERICA LIFE INSURANCE
COMPANY,
14
     Defendant.
15

16 TRANSAMERICA LIFE INSURANCE
COMPANY,
17
     Counterclaimant,
18
19 v.

  GREGORY G. SWEET,
20
     Counterdefendant.
21
22
23      For good cause shown,

24      THE COURT **ORDERS** that Defendant and Counterclaimant Transamerica Life

25 Insurance Company's Motion to Join Additional Parties (#14) is GRANTED;

26

1    THE COURT FURTHER **ORDERS** that Denise Sweet Sanford, Merrilyn L. Sweet,

2 Beverly Sweet, Gary G. Sweet, Megan Hill, Collin Hill, and the Estate of G. G. Sweet are

3 JOINED as parties as Counterdefendants to Transamerica Life Insurance Company's

4 Counterclaim and as defendants to Plaintiff Gregory G. Sweet's Complaint;

5    THE COURT FURTHER **ORDERS** that Counterclaimant Transamerica Life

6 Insurance Company shall serve a summons, a copy of Gregory G. Sweet's complaint, and

7 a copy of its Counterclaim on each of the JOINED parties within 120 days from the date

8 this Order is entered.

9

10 DATED this ____ day of January, 2011.

11

12                                                    _____

13                                                    Lloyd D. George
                                                     United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26