# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY G. SWEET, | ) |
| Plaintiff, | ) Case No.  2:10-cv-01383-LDG-GWF |
| vs. | ) **ORDER** |
| TRANSAMERICA LIFE INSURANCE COMPANY, | ) |
| Defendant. | ) |
| And Related Counterclaims. | ) |

This matter is before the Court on Defendant Transamerica Life Insurance Company's Motion for Scheduling Conference (#41) filed May 4, 2011.  Upon review and consideration,

**IT IS ORDERED** that Defendant Transamerica Life Insurance Company's Motion for Scheduling Conference (#41) is **granted**.

**IT IS FURTHER ORDERED** that a Scheduling Conference is set for **Friday, May 13, 2011, at 2:00 p.m.** in Courtroom 3A.

DATED this 6th day of May, 2011.

_George Foley Jr._
GEORGE FOLEY, JR.
United States Magistrate Judge