UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Sweet<br><br>        Plaintiff(s),<br>vs.<br><br><br>Transamerica Life Insurance Company<br><br>        Defendant(s). | Case # 2:10-cv-01383-LDG -GWF<br><br>DEFAULT |

It appearing from the records in the above-entitled action that Summons issued on the ___Amended___ Counterclaim ___2/4/2011___
(Original, Amended, etc)        (Date Complaint was filed)

has been regularly served upon each of the Defendants hereinafter named; and it appearing from the affidavit of counsel or Plaintiff and the records herein that each of said Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure.

Now, therefore, on request of counsel for Plaintiff, the DEFAULT, as aforesaid, of each of the following Counter Defendants ___Megan Hill and Colin Hill___

_____

_____

in the above-entitled action is hereby entered.

DATED:  ___August 1, 2011___        LANCE S. WILSON, CLERK

                                                                        By: /s/ Summer Rivera
                                                                        _____
                                                                        Deputy Clerk